B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Curtis J. Mathes**
       **Kimberly M. Mathes**            Debtor(s)      Case No. **13-48218**
                                                         Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Chase** | **Describe Property Securing Debt:** <br> **Location: 18561 Hanna, Melvindale MI 48122** |
|---|---|

Property will be (check one):
     ☐ Surrendered                             ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other. Explain __attempt to modify the terms__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                      ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **Seterus Inc.** | **Describe Property Securing Debt:** <br> **Location: 18561 Hanna, Melvindale MI 48122** |
|---|---|

Property will be (check one):
     ☐ Surrendered                             ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt                      ■ Not claimed as exempt

---


B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**US Bank National Assoc** | **Describe Property Securing Debt:**<br>**2010 Chevy Traverse** |

Property will be (check one):
  ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

13-48218-swr    Doc 30    Filed 07/15/13    Entered 07/15/13 16:09:47    Page 2 of 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| Date | **July 15, 2013** | Signature | **/s/ Curtis J. Mathes** |
|---|---|---|---|
| | | | **Curtis J. Mathes** |
| | | | Debtor |

| Date | **July 15, 2013** | Signature | **/s/ Kimberly M. Mathes** |
|---|---|---|---|
| | | | **Kimberly M. Mathes** |
| | | | Joint Debtor |